# Law Offices of Joel B. Rudin, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

JACOB "COBY" LOUP
DAVID E. RUDIN
PARTHA SHARMA

DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

September 6, 2024

**Via ECF**

Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Estate of Jaythan Kendrick v. City of New York et al.*
            Case No. 23-cv-358 (NGG) (TAM)

Dear Judge Merkl:

    This firm represents the plaintiff in the above-referenced matter. I write to inform the Court that the plaintiff has settled its related action in the New York State Court of Claims and, in the present action, has settled its claims against the City of New York and the individually named defendants. Counsel for those defendants will momentarily be filing a signed Stipulation and Order of Dismissal to be so-ordered by Judge Garaufis.

    As the stipulation indicates, the present settlement resolves the plaintiff's claims against only the City of New York and the individually named defendants. The plaintiff has not reached a settlement with Defendant New York City Housing Authority and expressly reserves its rights to continue pursuing its remaining damages claims against that defendant. Accordingly, we respectfully propose that plaintiff and the Housing Authority proceed with the settlement conference scheduled for Thursday, September 26.

    We thank the Court for its time and invaluable assistance in facilitating this partial settlement of this action.

                                           Respectfully submitted,

                                           /s/

                                         Joel B. Rudin

cc:    Brian Christopher Francolla (via ECF)
       *Attorney for Defendant City of New York*
       *and the individually named defendants*

N. Jeffrey Brown (via ECF)
*Attorney for Defendant New York City Housing Authority*