# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

DAVID E. RUDIN
PARTHA SHARMA

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

August 21, 2025

**Via ECF**

Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Estate of Jaythan Kendrick v. City of New York et al.*
              Case No. 23-cv-358 (NGG) (TAM)

Dear Judge Merkl:

      I am writing because my office has been unable to obtain the cooperation of the other interested parties in agreeing on a briefing schedule that would not substantially delay the deposition of former NYCHA Det. Richard DeFilippis, which was the subject of yesterday morning's conference. I am writing to request that the Court set such a schedule.

      After yesterday's morning conference, the deposition was postponed because Mr. DeFilippis was unable to get his Zoom to work properly, even though counsel for NYCHA had assured us that Mr. DeFilippis was prepared to join the deposition remotely. Mr. DeFilippis's deposition has been rescheduled for Thursday, August 28. Immediately after the postponement occurred, we asked NYCHA's counsel Edward Flores to confer with the Queens DA's Office and file any motion for a protective order by Wednesday of next week because the following week, on September 4, the principal in our law firm, Joel Rudin, is leaving on vacation through September 17, I will be unavailable from September 19 through October 7 because I'm getting married and going away on my honeymoon, and NYCHA's counsel, Mr. Flores, will be away all of September. The deadline we suggested of Wednesday, August 27, would have given various counsel a full week to draft their papers and permitted the matter to be fully submitted to the Court so that it would have time to decide it and Mr. DeFilippis's deposition could be completed in October. I note that, on November 3, 2025, our firm will begin a complex, three-week trial of a *Monell* claim in the U.S. District Court in Rochester, New York, to be followed immediately by an Unjust Conviction Act trial in the New York Court of Claims, and thus, if the DeFilippis deposition isn't completed in October, it may not be completed until late December.

Mr. Flores's office got back to us this afternoon suggesting they *might* be able to file by next Friday, August 29, immediately before Labor Day Weekend, but would not commit because they have not yet been able to confer with the Queens DA's Office—even though two ADAs were readily available yesterday morning—and they also claimed they needed to communicate with Brian Francolla, the ACC who represented the City of New York and the individual defendants before they all settled.

Plaintiff does not understand what standing NYCHA has to object to plainly relevant questioning merely because a matter involving the 30-year-old conviction of Allen Porter is on collateral review in the Supreme Court, Queens County. Nor do we understand what possible standing the NYC Corporation Counsel's Office could have in the matter. Indeed, the Corporation Counsel declined to represent Det. DeFilippis in his deposition, necessitating his representation by NYCHA's counsel. Nor does the City of New York have any standing with respect to the Porter criminal case, which is being prosecuted on behalf of the State of New York by the Queens County DA.

As for the Queens DA's Office, it should not be allowed through delay to interfere with the orderly progress of this civil rights case originally brought by a man whom the DA's Office put in prison for more than 26 years in part through its own *Brady* violations, which in turn caused New York City to settle for $15 million. The Court was on the verge yesterday of denying the oral application of NYCHA's counsel. The courtesy the Court extended to the DA's Office to permit it to file formal papers should not enable the DA's Office to delay the deposition in question for months. We therefore request the Court to order that any motion for a protective order regarding Mr. DeFilippis's deposition be filed by Wednesday, August 27, and that we be permitted until Tuesday, September 2, after the Labor Day Weekend, to respond.

Thank you for your Honor's consideration.

        Respectfully submitted,

        /s/

        David E. Rudin

cc:    Edward Flores (via ECF)
      Larisa Girsh (via ECF)
      *Attorneys for Defendant*

      Brian Francolla (via ECF)
      *Attorney for City of New York*

Ranjana Piplani (via email)
Assistant District Attorney
Queens District Attorney's Office
125-01 Queens Blvd
Kew Gardens, New York 11415
rcpiplani@queensda.org

Nancy Talcott (via email)
Assistant District Attorney
Queens District Attorney's Office
125-01 Queens Blvd
Kew Gardens, New York 11415
nftalcott@queensda.org