# KREZ & FLORES, LLP

COUNSELLORS AT LAW
225 BROADWAY, SUITE 2800
NEW YORK, NEW YORK   10007-3018
Phone (212) 266-0400
Fax (212) 724-0011
E-mail: Mail@KrezFlores.com

**Gregory Wilson**
**Karla R. Alston**
**Larisa Girsh**
**Jonathan D. Goldsmith †**
**Mark A. Taustine**

**Matthew E. Schaefer**
**Frank A. Melendez**
**Joel S. Ray**

*Of Counsel*
**Paul Krez**
**Edward A. Flores**
**Susan M. Datlof**

**Richard Montalvo**
**Christopher D. Acosta**
**Fiona McFarland**
**Francesca Fonzetti**
**Ahmed Toure**
**Marlon P. Rufino**
**Daren P. Atkinson**
**Kenneth G. Gerard**

*Special Counsel*
**Karen S. Drotzer**
**N. Jeffrey Brown**

†Admitted in NY & NJ

January 2, 2026

**<u>Via ECF</u>**
Hon. Nicholas G. Garaufis, U.S.D.J.
Eastern District of New York
United States Courthouse, Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   ***Estate of Jaythan Kendrick v. New York City Housing Authority***
> **Docket No.    : 23-CV-0358 (NGG)(TAM)**
> **K&F No.:    : 2021-14332**

Dear Hon. Judge Garaufis:

  We represent Defendant, New York City Housing Authority ("Defendant" or "NYCHA"), in this matter. In accordance with the Court's direction in its Order dated December 12, 2025 [Doc 74], we are writing to inform the Court that it is the intention of NYCHA to go forward with our previously requested motion for judgment on the pleadings [Doc 46]. Defendant's position is that the Second Amended Complaint did not correct the deficiencies in the Amended Complaint, and as such, the Second Amended Complaint does not sufficiently plead or set forth adequate allegations that if true can support Plaintiff's causes of action. Accordingly, we request that the court issue a briefing scheduling for Defendant's motion.

  Based on the time frames for the original briefing schedule, we respectfully request the following: Defendant's motion to be due February 20, 2026, Plaintiff's opposition due March 20, 2026, and Defendant's reply due April 7, 2026 (the reason for April 7, 2026 is because April 1st to the 3rd is the beginning of Passover).

            Respectfully submitted,

            **KREZ & FLORES, LLP**

*Joel Scott Ray*

Joel Scott Ray, Esq (JSR7750)

Cc:
Law Office of Joel B. Rudin, counsel for Plaintiff via e-mail: psharma@rudinlaw.com; jbrudin@rudinlaw.com; and David@rudinlaw.com
Hoffman Hills PLLC, counsel for Plaintiff via e-mail: jonathan@hileshoffmanlaw.com