# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

DAVID E. RUDIN
PARTHA SHARMA

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

January 29, 2026

**By ECF**
Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Estate of Jaythan Kendrick v. New York City Housing Authority,*
              No. 23-cv-358 (NGG) (TAM)

Dear Judge Merkl:

      My firm represents Plaintiff Estate of Jaythan Kendrick in the above-referenced § 1983 action. I write on behalf of both parties to respectfully request permission for the parties to take two depositions and to disclose a small number of documents after the January 30, 2026, fact discovery deadline and by February 20, 2026. These limited document disclosures after the general fact discovery deadline will not affect any schedule for expert discovery, any deadline for summary judgment motions, or the setting of a trial date.

      Regarding the two depositions, Plaintiff seeks to depose the records access officer for the New York City Civilian Complaint Review Board ("CCRB"), Jacqueline Levy, regarding certain records listing complaints made to the HAPD's CCRB as to which the CCRB has been unwilling to provide a stipulation of authenticity. Defendant NYCHA seeks to depose Plaintiff Clarence Hughes, Co-Executor of the Estate of Jaythan Kendrick, who has been unable to appear due to a recent surgery. Each party consents to the other's request to take such depositions by February 20.

      As for documents, first, Defendant has searched for NYCHA civil lawsuit records responsive to Plaintiff's second discovery demand, dated November 26, 2025, and disclosed that all but three such files were disposed pursuant to NYCHA's document retention policy. Defendant is reviewing the three boxes for documents and things related to the remaining three case files to determine if there are any responsive documents. In addition, Defendant is preparing an affidavit that will be provided upon completion of its search detailing how the search was conducted and the result of that search. The parties agree that responsive records from the three existing case files, if they exist, and the affidavit may be provided on or before February 20, 2026. Plaintiff reserves the right to move to compel further disclosures if NYCHA's production or affidavit are

# LAW OFFICES OF JOEL B. RUDIN, P.C.

incomplete. Defendant agrees not to oppose any such request as untimely, but reserves all rights to oppose any such motion on all other grounds.

Second, Plaintiff has located, reviewed, and disclosed scores of state and federal civil court files it believes are relevant to its *Monell* claim, but due to delays by one of the courts in retrieving court files, most likely will not be able to inspect, copy, and produce about 15 court files that it requested long ago until after January 30, 2026. NYCHA has agreed not to raise any admissibility objection to court files Plaintiff produces by February 20, 2026, on the basis of the late disclosure, but reserves all rights to contest admissibility on other grounds.

Third and finally, Plaintiff has had difficulty obtaining the late Mr. Kendrick's medical and mental health records, which Plaintiff believes are relevant to damages, from the Atlanta VA Medical Center, but expects to receive and be able to produce them prior to February 20. NYCHA has agreed not to raise any admissibility objection to the Atlanta VA medical records Plaintiff produces by February 20, 2026, on the basis of the late disclosure, but reserves all rights to contest admissibility on other grounds.

We thank the Court for its consideration.

                                                  Respectfully submitted,

                                                  /s/ Joel B. Rudin
                                                  Joel B. Rudin

cc:      Joel Scott Ray (via ECF)
          *Counsel for Defendant NYCHA*