# KREZ & FLORES, LLP

COUNSELLORS AT LAW
225 BROADWAY, SUITE 2800
NEW YORK, NEW YORK   10007-3018
Phone (212) 266-0400
Fax (212) 724-0011
E-mail: Mail@KrezFlores.com

**Gregory Wilson**
**Karla R. Alston**
**Larisa Girsh**
**Jonathan D. Goldsmith †**
**Mark A. Taustine**

**Matthew E. Schaefer**
**Frank A. Melendez**
**Joel S. Ray**

*Of Counsel*
**Paul Krez**
**Edward A. Flores**
**Susan M. Datlof**

**Richard Montalvo**
**Christopher D. Acosta**
**Fiona McFarland**
**Francesca Fonzetti**
**Ahmed Toure**
**Marlon P. Rufino**
**Daren P. Atkinson**
**Kenneth G. Gerard**

*Special Counsel*
**Karen S. Drotzer**
**N. Jeffrey Brown**

**†Admitted in NY & NJ**

February 10, 2026

***Via ECF***
Hon. Nicholas G. Garaufis, U.S.D.J.
Eastern District of New York
United States Courthouse, Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***Estate of Jaythan Kendrick v. New York City Housing Authority***
                Docket No.    : 23-CV-0358 (NGG)(TAM)
                K&F No.:     : 2021-14332

Dear Hon. Judge Garaufis:

      We represent Defendant, New York City Housing Authority ("Defendant"), in this matter and we are writing to respectfully request clarification of Your Honor's Order dated February 6, 2026, which cancelled a conference that had been scheduled to set forth a briefing schedule for motion practice.

      Specifically, Defendant is prepared to make a motion for judgment on the pleadings.   The parties, however, differ on whether that motion should be made now or wait until summary judgment motions are filed.  Given the cancelation of the pre-motion conference Defendant is unsure as to whether it is the court's intention that Defendant's motion for judgment on the pleading is to be made in conjunction with the motion for summary judgment.

      As a result, Defendant respectfully asks for some clarification on the scheduling so that we may proceed appropriately.  Defendant is available to discuss this issue at Your Honor's convenience.

                                                   Respectfully submitted,

                                                   **KREZ & FLORES, LLP**

                                      */s/ Joel Scott Ray*
                                  Joel Scott Ray, Esq (JSR7750)

Cc:

Law Offices of Joel B. Rudin, P.C., counsel for Plaintiff via e-mail: psharma@rudinlaw.com; jbrudin@rudinlaw.com; and David@rudinlaw.com

Hiles Hoffman PLLC, counsel for Plaintiff via e-mail: jonathan@hileshoffmanlaw.com