# KREZ & FLORES, LLP

COUNSELLORS AT LAW
225 BROADWAY, SUITE 2800
NEW YORK, NEW YORK   10007-3018
Phone (212) 266-0400
Fax (212) 724-0011
E-mail: Mail@KrezFlores.com

| | |
|---|---|
| **Gregory Wilson** | **Richard Montalvo** |
| **Karla R. Alston** | **Christopher D. Acosta** |
| **Larisa Girsh** | **Fiona McFarland** |
| **Jonathan D. Goldsmith †** | **Francesca Fonzetti** |
| **Mark A. Taustine** | **Ahmed Toure** |
| | **Marlon P. Rufino** |
| **Matthew E. Schaefer** | **Daren P. Atkinson** |
| **Frank A. Melendez** | **Kenneth G. Gerard** |
| **Joel S. Ray** | |
| | *Special Counsel* |
| *Of Counsel* | **Karen S. Drotzer** |
| **Paul Krez** | **N. Jeffrey Brown** |
| **Edward A. Flores** | |
| **Susan M. Datlof** | **†Admitted in NY & NJ** |

February 19, 2026

**<u>Via ECF</u>**
Hon. Taryn A. Merkl, U.S.M.J.
Eastern District of New York
United States Courthouse, Room 1420 South
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: ***Estate of Jaythan Kendrick v. New York City Housing Authority***
      **Docket No. : 23-CV-0358 (NGG)(TAM)**
      **<u>K&F No.: : 2021-14332</u>**

Dear Hon. Magistrate Judge Merkl:

  We represent Defendant, New York City Housing Authority ("Defendant"), in this matter and we write jointly to respectfully request a short extension of time to allow Defendant time to search three boxes for responsive documents to Plaintiff's second discovery demand for NYCHA civil lawsuit records.  The reason for the request is that Defendant has encountered unexpected delays and problems with the shipping and transportation of the three boxes and has been unable to review those boxes as of this letter.

  I have discussed the issue with Plaintiff's counsel and they agreed to extend Defendant's time to respond, and to provide an appropriate affidavit concerning records that could not be found, to March 6, 2026.  The extension of time should not affect or delay any other deadlines in this matter.

          Respectfully submitted,

          **KREZ & FLORES, LLP**

          *Joel Scott Ray*
          _____

Hon. Magistrate Judge Merkl
February 19, 2026
Page 2 of 2

                                          Joel Scott Ray, Esq (JSR7750)

Cc:
Law Offices of Joel B. Rudin, P.C., counsel for Plaintiff via e-mail: psharma@rudinlaw.com; jbrudin@rudinlaw.com; and David@rudinlaw.com
Hiles Hoffman PLLC, counsel for Plaintiff via e-mail: jonathan@hileshoffmanlaw.com