UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ESTATE OF JAYTHAN KENDRICK,

                    Plaintiff,

        -against-

THE NEW YORK CITY HOUSING AUTHORITY,

                    Defendant.

-------------------------------------------------------------X

Docket No.: 23-CV-358 (NGG)(TAM)

**DEFENDANT'S SECOND SUPPLMENTAL RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

Defendant, New York City Housing Authority ("Defendant" or "NYCHA"), by its attorneys, Krez & Flores, LLP, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, and the Local Rules of the Eastern District of New York, including Local Rule 26.3, respond and object to Plaintiff's Second Set of Interrogatories and Document Requests dated November 26, 2025 as follows:

**GENERAL OBJECTIONS**

A.     Defendant objects to each and every demand as overbroad, unduly burdensome and cumbersome and are not fashioned to lead to discoverable materials.

B.     Defendant objects to all of Plaintiff's demands to the extent that each demand purports to require the production or disclosure of privilege communications, trial preparation materials, or attorneys' work product that are not obtainable and Defendant is not obligated to provide.

C.     Defendant objects to Plaintiff's demands to the extent that each demand purports to require disclosure of trade secrets, confidential or proprietary information, personal information not specifically required to be disclosed under the law, and any other confidential or protected business, investment, research development or commercial information.

D.      Defendant objects to Plaintiff's discovery demands to the extent that they seek to impose on Defendants obligations or requirements beyond those imposed by the Federal Rules of Civil Procedures.

E.      Defendant objects to Plaintiff's discovery demands to the extent that they seek information or documents that are not presently within the possession, custody or control of counsel for Defendant or Defendant or its agents, employees or contractors and thereby purports to impose obligations beyond those required by the Federal Rules of Civil Procedures.

F.      Defendant's failure to object to any discovery demand on a particular ground or grounds shall not be construed as a waiver of its rights to object on that or any additional grounds. Subject to and without waiving any objection stated herein, Defendant will provide responses to discovery demands based on information that is believed to be complete and accurate as of the present date.   Defendant's investigation of the factual matters relating to this litigation is ongoing. Defendant reserves the right to amend and/or supplement its responses and production, as may become necessary, in accordance with applicable provisions of the Federal Rules of Civil Procedure and the Local Rule for the Eastern District of New York.

G.      Defendant objects to the definitions used in Plaintiff's demand such that none of Plaintiff's definitions can go beyond or use a broader definition than those definitions set forth in Local Rule 26.3 and all definitions set forth in Plaintiff's demand will be understood pursuant to said Local Rule.

H.      The foregoing General Objections shall be deemed to be incorporated within each and every specific response to Plaintiff's demand.

### SPECIFIC RESPONSES

### PLAINTIFF'S INTERROGATORIES NOS. 8

8.      For each of the following lawsuits, state: (a) the names of any Housing Authority Police Department ("HAPD") officers alleged to have committed misconduct; (b) their commands; (c) the substance of the allegations concerning such officer or officers; and (d) the disposition of the lawsuit, including whether it was resolved at trial or settled and the dollar amount of any settlement or award paid to resolve a claim or claims for misconduct by an HAPD officer or officers.

RESPONSE: Defendant objects to all aspects of this demand because Plaintiff's demand is overbroad, cumbersome, the very definition of a "fishing expedition," and failed to provide adequate and sufficient information to locate the documents and things related to settlement information of the various lawsuits noted in the demand. Further objection is made specifically as to disclosure of settlement amounts as not discoverable or admissible and is barred pursuant to F.R.C.P. Rule 408. Notwithstanding and subject to said objections, Defendant conducted a search for settlement information related to the below agreed upon list of lawsuits and such settlement information, if it was located, for the below lawsuits can be found in the list attached as Exhibit 1:

i.      Haynes v. Doe, 2611/1989 (Sup. Ct. Kings Cnty.) (Plaintiff's name: Anthony A. Haynes)
ii.     Solomon v. NYC Police Dept, 96-CV-02419 (E.D.N.Y.) (Plaintiff's name: Clifton Solomon)
iii.    Bradley v. City of New York, 96-CV-03108 (E.D.N.Y.)
iv.     Dasher v. NYPD, 94-CV-03847 (E.D.N.Y.)
v.      Davis v. NYCHA, 94-CV-03762 (E.D.N.Y.)
vi.     Jackson v. NYCHA, 96-CV-00155 (E.D.N.Y.)
vii.    Keita v. NYCHA, et al., 94-CV-05659 (E.D.N.Y.)
viii.   Stevenson v. NYCHA, 93-CV-03036 (E.D.N.Y.)
ix.     Williams v. NYCHA, 95-CV-04356 (E.D.N.Y.)
x.      Carnegie v. Miller, 86-CV-08658 (S.D.N.Y.)
xi.     Green v. NYCHA, 94-CV-05055 (S.D.N.Y.)
xii.    Hill v. City of New York, 92-CV-09131 (S.D.N.Y.)
xiii.   McPhaul v. NYCHA, 93-CV-0423 (S.D.N.Y.)
xiv.    Morales v.  Irizarry, 95-CV-05068 (S.D.N.Y.)
xv.     Orfaly v. NYCHA, 93-CV-03818 (S.D.N.Y.)
xvi.    Rosado v. NYCHA, 87-CV-09261 (S.D.N.Y.)

xvii.    Santiago v. City of New York, 90-CV-05233 (S.D.N.Y.)

xviii.    Spiegal v. City of New York, 84-CV-02622 (S.D.N.Y.)

xix.    Wilson v. Roberson, 92-CV-02709 (S.D.N.Y.)

xx.    Justiniano v. NYCHA, 008614/1991 (Sup. Ct. N.Y. Cnty.)

xxi.    Rizos v. NYCHA, 1596/1991 (Sup. Ct. N.Y. Cnty.)

xxii.    Steeps v. NYCHA, 128328/1994 (Sup Ct. N.Y. Cnty.)

xxiii.    Taylor v. City of New York, 27975/1992 (Sup. Ct. N.Y. Cnty.)

xxiv.    Adams v. City of New York, 26545/1992 (Sup. Ct. Kings Cnty.)

xxv.    Bethea v. City of New York, 21460/1995 (Sup. Ct. Kings Cnty.)

xxvi.    Bolds v. City of New York, 27957/1989 (Sup. Ct. Kings Cnty.)

xxvii.    Cooper v. NYCHA, 26883/1985 (Sup. Ct. Kings Cnty.)

xxviii.    Crews v. Croffi, 12954/1983 (Sup. Ct. Kings Cnty.)

xxix.    Faulkner v. NYCHA, 24474/1991 (Sup. Ct. Kings Cnty.)

xxx.    Gines v. City of New York, 37347/1994 (Sup. Ct. Kings Cnty.)

xxxi.    Gonzalez v. NYCHA, 23017/1995 (Sup. Ct. Kings Cnty.)

xxxii.    Hadzi v. City of New York, 37313/1992 (Sup. Ct. Kings Cnty.)

xxxiii.    Hoyt v. City of New York, 41573/1995 (Sup. Ct. Kings Cnty.)

xxxiv.    Johnson v. NYCHA, 44963/1993 (Sup. Ct. Kings Cnty.)

xxxv.    King v. NYCHA, 13361/1985 (Sup. Ct. Kings Cnty.)

xxxvi.    Lawson v. NYCHA, 621/1985   (Sup. Ct. Kings Cnty.)

xxxvii.    Lopez v. NYCHA, 20238/1995 (Sup. Ct. Kings Cnty.)

xxxviii.    McCauley v. Torres, 13512/1994 (Sup. Ct. Kings Cnty.)

xxxix.    McCaw v. NYCHA, 8979/1989 (Sup. Ct. Kings Cnty.)

xl.    Medina v. City of New York, 18009/1995 (Sup. Ct. Kings Cnty.)

xli.    Munnerlyn v. City of New York, 29362/1991 (Sup. Ct. Kings Cnty.)

xlii.    Saavedra v. NYCHA, 41436/1995 (Sup. Ct. Kings Cnty.)

xliii.    Taylor v. City of New York, 44384/1993 (Sup. Ct. Kings Cnty.)

xliv.    Williams v. City of New York, 42425/1994 (Sup. Ct. Kings Cnty.)

xlv.    Acevedo v. City of New York, 14635/1995 (Sup. Ct. Queens Cnty.)

xlvi.    Bembrey v. Ayala, 19817/1991 (Sup. Ct. Queens Cnty.)

xlvii.    Bryant v. City of New York, 003034/1990 (Sup. Ct., Queens Cty.)

xlviii.    Maher v. NYCHA, 29283/1992 (Sup. Ct. Queens Cnty.)

xlix.    Barnes v. NYCHA, 13763/1991 (Sup. Ct. Bronx Cnty.)

l.    Cruz v. NYCHA, 13436/1996 (Sup. Ct. Bronx Cnty.)

li.    Barnwell v. NYCHA, 96-CV-03498 (S.D.N.Y.) (Plaintiff's name: Edward Barnwell)

lii.    Clark v. N.Y.C. Housing, 93-CV-03932 (S.D.N.Y.) (Plaintiff's name: Allen Clark)

liii.    Fernandez v. NYCHA, 96-CV-03499 (S.D.N.Y.) (Plaintiffs' names: Lorenzo Fernandez and Justina Fernandez)

liv.    Fisher v. Mejia, 94-CV-07233 (S.D.N.Y.) (Plaintiffs' names: Octavios Fisher and Alonzo Lewis)

lv.    Fletcher v. City of New York, 95-CV-02515 (S.D.N.Y.)(Plaintiff's name: Rudy Fletcher)

lvi.    Sanchez v. City of New York, 96-CV-02838 (S.D.N.Y.) (Plaintiff's name: Candida Sanchez, individually and as guardian ad litem of Edwin Hernandez)

lvii.    Sanchez v. NYCHA, 96-CV-05645 (S.D.N.Y.) (Plaintiff's name: Nestor Sanchez)

lviii. Silvagnoli v. State Supreme Court, 95-CV-03324 (S.D.N.Y.) (Plaintiff's name: Alex Silvagnoli)

lix. Clement v. Doe, 118804/1994 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Gilanei Clement, by her mother and natural guardian Stephanie Marion, Stephanie Marion individually, and Nguessan Alla)

lx. Fernandez v. NYCHA, 101532/1996 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Lorenzo Fernandez and Justina Fernandez)

lxi. Peck v. NYCHA, 101431/1995 (Sup. Ct. N.Y. Cnty.) (Plaintiff's name: Deborah Peck)

lxii. Rivera v. West, 122471/1993 (Sup. Ct. N.Y. Cnty.) (Plaintiff's name: Francisco Rivera)

lxiii. Sicard v. NYCHA, 19860/1992 (Sup Ct. N.Y. Cnty.) (Plaintiff's name: Emile Sicard)

lxiv. Skolnick v. City of New York, 4962/1988 (Sup Ct. N.Y. Cnty.) (Plaintiff's name: Steven Skolnick)

lxv. Figueroa v. NYCHA, 43804/1992 (Sup. Ct. N.Y. Cnty.) (Plaintiffs' names: Hector Figueroa and Ana Manzano) (mistakenly listed as a Bronx case in the Kendrick Estate's Demand)

lxvi. Merrick v. City of New York, 31313/1989 (Sup. Ct. Kings Cnty.) (Plaintiff's name: Glenn Merrick)

lxvii. Martinez v. NYCHA, 93-CV-07246 (S.D.N.Y.) (Plaintiffs' names: Jose Martinez, Caonabo Martinez, Irene Cachola)

lxviii. Wisniewski v. NYCHA, 91-CV-04299 (S.D.N.Y.) (Plaintiff's name: Thaddeus Wisniewski)

lxix. Hook v. City of New York, 95-CV-10299 (S.D.N.Y.) (Plaintiff's name: Robert Lee Hook)

lxx. Ramos v. Falacara, 93-CV-03453 (S.D.N.Y.) (Plaintiffs' names: Santos Ramos, on his behalf and on behalf of Lori Ramos, and Lisa Taborda)

lxxi. Reyes v. Police Dept. of NYC, 90-CV-05234 (S.D.N.Y.) (Plaintiffs' names: Damaris Reyes, an infant by her mother & natural guardian, Zoraida Rivera)

lxxii. Green v. NYCHA, 95-CV-03644 (E.D.N.Y.) (Plaintiff's name: Marquith Green)

lxxiii. Owens v. City of New York, 92-CV-05056 (E.D.N.Y.) (Plaintiff's name: William Owens)

lxxiv. Rodriguez v. NYCHA, 92-CV-05707 (E.D.N.Y.) (Plaintiff's name: Jose Rodriguez)

lxxv. Slattery v. Buckwalter, 92-CV-03006 (E.D.N.Y.) (Plaintiff's name: Florence Slattery)

lxxvi. Timmons v. Taylor, 93-CV-05300 (E.D.N.Y.) (Plaintiff's name: Samantha Timmons)

lxxvii. Virdree v. NYCHA, 94-CV-01752 (E.D.N.Y.) (Plaintiff's names: Stanley Virdree and Wayne Bush)

lxxviii. Elosequi v. NYCHA, 5746/1986 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Gilberto Elosequi, Jose Dejesus, and Evelyn Carrasquillo, an infant by her father and natural guardian, Miguel Carrasquillo) (mistakenly captioned "Gilberto v. NYCHA" in Plaintiff's Second Demand)

lxxix. Khan v. NYCHA, 40006/1988 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Hassan

Khan and Evelyn Khan)

lxxx. Kotright v. NYCHA, 109909/1993 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Jose Kotright and Maria Kotright)

lxxxi. Louder v. City of New York, 403938/1996 (Sup Ct. N.Y. Cnty.) (Plaintiff's name: Phyllis Louder)

lxxxii. Marcial v. NYCHA, 43546/1992 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Jose Marcial, Sr. & Carmen Torres Marcial)

lxxxiii. McCall v. Derenze, 45539/1989 (Sup Ct. N.Y. Cnty.) (Plaintiff's name: Richard McCall)

lxxxiv. Mejeh v. NYCHA, 3807/1990 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Samuel Mejeh and Eudora Mejeh)

lxxxv. Munoz v. Mejia, 102809/1995 (Sup Ct. N.Y. Cnty.) (Plaintiff's name: Raul Munoz)

lxxxvi. Quiles v. NYCHA, 109855/1995 (Sup Ct. N.Y. Cnty.) (Plaintiff's name: Sandra Quiles)

lxxxvii. Trovato v. City of New York, 404603/1994 (Sup. Ct. N.Y. Cnty.) (Plaintiff's name: Guerino Trovato) (may be related to another case with same caption but index number 404683/1994; was transferred from Kings County, where it had index number 45972/1993)

lxxxviii. Diaz v. Doe, 9448/1995 (Sup. Ct. Kings Cnty.) (Plaintiff's name: Roberto Diaz)

lxxxix. Dowling v. City of New York, 7120/1995 (Sup. Ct. Kings Cnty.) (Plaintiff's name: Willie Dowling)

xc. McBryde v. City of New York, 31107/1995 (Sup. Ct. Kings Cnty.) (Plaintiffs' names: Hattie McBryde, Charles McBryde, and Charles McBryde III)

xci. Rice v. NYCHA, 17974/1986  (Sup. Ct. Kings Cnty.) (Plaintiff's name: Richard Rice)

xcii. Thomas v. NYCHA, 2860/1989 (Sup. Ct. Kings Cnty.) (Plaintiffs' names: Ife Thomas, Eileen Boyce)

xciii. Garcia v. NYCHA, 15705/1990 (Sup. Ct. Queens Cnty.) (Plaintiff's name: Patricia Garcia)

xciv. Gregory v. City of New York (Sup. Ct. Queens Cnty.) (Plaintiff's name: Lawrence Gregory) (Plaintiff's Second Demand appears to have provided wrong index number; correct index number unknown)

xcv. Burrowes v. City of New York, 21948/1991 (Sup. Ct. Bronx Cnty.) (Plaintiffs' names: Edwin Burrowes and Andre Burrowes)

xcvi. Fuentes v. City of New York, 2590/1992 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Rosalina Fuentes)

xcvii. Gamble v. City of New York, 1164/1992 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Mary Gamble)

xcviii. Heard v. NYCHA, 7389/1992 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Hilary Heard)

xcix. Jenkins v. NYCHA, 7388/1992 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Taimeka Jenkins)

c. Kiarie v. City of New York, 2106/1990 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Frank J. Kiarie) (LID: 9108)

ci. Lewis v. NYCHA, 7556/1992 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Joseph Lewis)

cii.    White v. City of New York, 7336/1995 (Sup. Ct. Bronx Cnty.) (Plaintiffs' names: Kim White, William White, Dorothy Knowling, Dawn Knowling, and Alphonso Knowling)

ciii.   Wilder v. City of New York, 1392/1991 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Yvette Wilder)

civ.    Sargent v. City of New York, 10295/1995 (Sup. Ct. Richmond Cnty.) (Plaintiff's name: George Sargent)

cv.     Daniels v. N.Y.C. House., 91-CV-06332 (S.D.N.Y.) (Plaintiff's name: Benjamin Daniels)

cvi.    Armstrong v. City of New York, 97-CV-04810 (S.D.N.Y.) (Plaintiff's name: Chanel Armstrong, a minor, by her mother and natural guardian, Carol Armstrong)

cvii.   Pinilla v. Rodriguez, 93-CV-03092 (S.D.N.Y.) (Plaintiff's name: Anita Pinilla)

cviii.  Mallett v. City of New York, 97-CV-00009 (E.D.N.Y.) (Plaintiff's name: Carol Mallett, on her own behalf and on behalf of her minor daughter Tanisha Palmer and on behalf of her minor grandchildren Kevin Kong and Bianca Barnes)

cix.    Valentin v. NYC, 94-CV-03911 (E.D.N.Y.) (Plaintiff's name: Denise Valentin)

cx.     Bastidas v. City of New York, 122929/1995 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Debra Bastidas, Rodrigo Bastidas, Sr., Victoria Pena, Inez Pena, and Robert Bastidas and Rodrigo Bastidas, Jr., infants by their mother and natural guardian Debra Bastidas)

cxi.    Tosner v. NYCHA, 27081/1996 (Sup Ct. N.Y. Cnty.) (Plaintiffs' names: Douglas Tosner and Peggy Tosner)

cxii.   Whitted v. Ortiz, 909/1986 (Sup. Ct. Kings Cnty.) (Plaintiff's name: Edward E. Whitted)

cxiii.  Diaz v. NYCHA, 12663/1992 (Sup. Ct. Bronx Cnty.) (Plaintiffs' names: Isabel Diaz, Agapito Castillo, Jorge Anselmo Vasquez, Mayra Reyes Hambery M/M/G of Rosaura Hambery & Johanna R. Hambery, Isabel Diaz M/N/G of Cruz Danilo Castillo & Milagros Elizabeth Castillo)

cxiv.   Hassan v. NYCHA, 8322/1994 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Balu Hassan)

cxv.    Oliveras v. City of New York, 6110/1989 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Elizabeth Oliveras)

cxvi.   Musto v. NYCHA, 41322/1983 (Sup. Ct. N.Y. Cnty.)

cxvii.  Henry v. City of New York, 19985/1983 (Sup. Ct. Kings Cnty.)

cxviii. Martin v. NYCHA, 269/1976 (Sup. Ct. Queens Cnty.)

cxix.   McKay v. City of New York, 9245/84 (Sup. Ct. Queens Cnty.)

cxx.    Martinez v. NYC, 89-CV-02690 (E.D.N.Y.) (Plaintiff's name: Luiz Martinez)

cxxi.   Fulton v. NYC Housing Police Dept, 40216/1989 (Sup Ct. N.Y. Cnty.) (Plaintiff's name: Theo Fulton (or possibly Fulton Theo))

cxxii.  Cameron v. NYCHA Police Dept, 17815/1986 (Sup. Ct. Bronx Cnty.) (Plaintiff's name: Steven Cameron)

**PLAINTIFF'S DOCUMENT REQUEST NOS. 17**

17.    All documents that provide any of the information requested in the above interrogatories.

RESPONSE:   Defendant objects to all aspects of this demand because Plaintiff's demand is overbroad, cumbersome, the very definition of a "fishing expedition," and failed to provide adequate and sufficient information to locate the documents and things related to settlement information of the various lawsuits noted in the demand.   Further objection is made specifically as to disclosure of settlement amounts as not discoverable or admissible and is barred pursuant to F.R.C.P. Rule 408. Notwithstanding and subject to said objections, the only responsive documents to the demand for settlement information in Interrogatory 8 above were found in the files for *Jones v. NYCHA*, 29230/1992 (Sup. Ct. Kings Cnty.) and *Kinsler v. NYCHA*, 5058/1994 (Sup. Ct. Queens Cnty.) such documents are privilege and attached as Exhibit 2 is a privilege log.


**PLEASE TAKE FURTHER NOTICE**, Defendant reserves the right to supplement and/or amend this response at any time up to and including the time of trial herein in accordance with the Federal Rules of Civil Procedure, the Local Rules and the orders of this court, should additional information become available.


Dated:  New York, New York
        May 20, 2026


                                        **KREZ & FLORES, LLP**

                                        *Joel Scott Ray*
                                        _____
                                        By: Joel Scott Ray, Esq., (JSR7750)
                                        *Attorneys for Defendant*
                                        225 Broadway - Suite 2800
                                        New York, New York 10007
                                        (212) 266-0400
                                        jray@krezflores.com

TO:

LAW OFFICES OF JOEL B. RUDIN, P.C.
*Attorneys for Plaintiff*
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, NY 10019
(212) 752-7600
jbrudin@rudinlaw.com
david@rudinlaw.com
psharma@rudinlaw.com
amariah@rudinlaw.com

# Exhibit 1
Settlement Information

# Exhibit 1
Settlement Information

| Case Name | Index NO | Result |
|---|---|---|
| Jabbar Dasher v. NYPD | 94-CV-03847 (E.D.N.Y.) | Paid $9,500.00. |
| Diane Hill v. City of New York | 92-CV-09131 (S.D.N.Y.) | No payment was made. |
| Tameeka Bembrey v. Ayala, | 19817/1991 (Sup. Ct. Queens Cnty.) | Paid $7,500.00. |
| Gerardo Justiniano v. NYCHA, | 008614/1991 (Sup. Ct. N.Y. Cnty.) | Paid $250,000.00. |
| Peter Barnes v. NYCHA, | 13763/1991 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Paul Hadzi v. City of New York, | 37313/1992 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Jarrett Taylor v. City of New York, | 44384/1993 (Sup. Ct. Kings Cnty.) | Paid $19,500.00. |
| Edward Maher v. NYCHA, | 29283/1992 (Sup. Ct. Queens Cnty.) | Paid $15,000.00. |
| George Adams v. City of New York, | 26545/1992 (Sup. Ct. Kings Cnty.) | Paid $37,500.00. |
| Darren Johnson v. NYCHA, | 44963/1993 (Sup. Ct. Kings Cnty.) | Paid $80,000.00. |
| Carmen Gines v. City of New York, | 37347/1994 (Sup. Ct. Kings Cnty.) | Paid $18,500.00. |
| Benson Taylor v. City of New York, | 27975/1992 (Sup. Ct. N.Y. Cnty.) | Paid $60,000.00. |
| Henry Williams (or Henry Williams-Sajata) v. City of New York, | 42425/1994 (Sup. Ct. Kings Cnty.) | Paid $3,000.00 |
| Jeffrey Bethea v. City of New York, | 21460/1995 (Sup. Ct. Kings Cnty.) | Paid $15,000.00. |
| Walbetro Saavedra v. NYCHA, | 41436/1995 (Sup. Ct. Kings Cnty.) | Paid $9,000.00. |
| Carl Gonzalez v. NYCHA, | 23017/1995 (Sup. Ct. Kings Cnty.) | Paid $40,000.00. |
| Elizabeth Lopez v. NYCHA, | 20238/1995 (Sup. Ct. Kings Cnty.) | Paid $25,000.00. |
| Jose Acevedo v. City of New York, | 14635/1995 (Sup. Ct. Queens Cnty.) | Paid $13,500.00 |
| Eliezer Cruz v. NYCHA, | 13436/1996 (Sup. Ct. Bronx Cnty.) | Paid $7,500.00. |
| Darlene Hoyt v. City of New York, | 41573/1995 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Norman Steeps v. NYCHA, | 128328/1994 (Sup Ct. N.Y. Cnty.) | Paid $16,850.00. |
| Frank J. Kiarie v. City of New York, | 2106/1990 (Sup. Ct. Bronx Cnty.) | Paid $50,000.00. |
| Chanel Armstrong, a minor, by her mother and natural guardian, Carol Armstrong v. City of New York, | 97-CV-04810 (S.D.N.Y.) | No payment was made. |
| Gilanei Clement, by her mother and natural guardian Stephanie Marion, Stephanie Marion individually, and Nguessan Alla v. Doe, | 118804/1994 (Sup Ct. N.Y. Cnty.) | Paid $27,500.00. |
| Jose Kotright and Maria Kotright v. NYCHA, D/L 3/10/1992 | 109909/1993 (Sup Ct. N.Y. Cnty.) | Paid $12,500.00. |
| Kim White, William White, Dorothy Knowling, Dawn Knowling, and Alphonso Knowling v. City of New York, D/L 11-25-1993 | 7336/1995 (Sup. Ct. Bronx Cnty.) | Paid $200,000.00. |

1 of 6

NYCHA0893

| Case Name | Index NO | Result |
|---|---|---|
| Octavios Fisher and Alonzo Lewis v. Mejia, D/L 2/16/1993 | 94-CV-07233 (S.D.N.Y.) | Paid $100,000.00. |
| Willie Dowling v. City of New York, | 7120/1995 (Sup. Ct. Kings Cnty.) | Paid $50,000.00. |
| Alex Silvagnoli v. State Supreme Court, | 95-CV-03324 (S.D.N.Y.) | Paid $5,500.00. |
| Allen Clark v. N.Y.C. Housing, D/L 5/16/1993 | 93-CV-03932 (S.D.N.Y.) | Paid $35,000.00. |
| Ana Rosado v. NYCHA, | 87-CV-09261 (S.D.N.Y.) | Nothing was located. |
| Anibal Morales v.  Irizarry, D/L 6/15/1994 | 95-CV-05068 (S.D.N.Y.) | Paid $50,000.00. |
| Anita Pinilla v. Rodriguez, | 93-CV-03092 (S.D.N.Y.) | No payment was made. |
| Anthony A. Haynes v. Doe D/L 9/24/1987 | 2611/1989 (Sup. Ct. Kings Cnty.) | Paid $27,750.00. |
| Anthony Williams v. NYCHA D/L 9/26/1994 | 95-CV-04356 (E.D.N.Y.) | Paid $20,000.00. |
| Balu Hassan v. NYCHA, | 8322/1994 (Sup. Ct. Bronx Cnty.) | Paid $2,500.00. |
| Richard Bolds v. City of New York, D/L 10/10/1988 | 27957/1989 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Harlan Bryant v. City of New York, D/L 3/3/1989 | 003034/1990 (Sup. Ct., Queens Cty.) | No payment was made. |
| Candida Sanchez, individually and as guardian ad litem of Edwin Hernandez v. City of New York, D/L 4/11/1995 | 96-CV-02838 (S.D.N.Y.) | No payment was made. |
| Carol Mallett, on her own behalf and on behalf of her minor daughter Tanisha Palmer and on behalf of her minor grandchildren Kevin Kong and Bianca Barnes v. City of New York, | 97-CV-00009 (E.D.N.Y.) | Nothing was located. |
| Carolyn Stevenson v. NYCHA D/L 1/31/1991 | 93-CV-03036 (E.D.N.Y.) | Paid $40,000.00. |
| Clifton  Solomon v. NYC Police Dept. | 96-CV-02419 (E.D.N.Y.) | Paid $10,000.00. |
| Nathaniel Cooper v. NYCHA, D/L 1/24/1985 | 26883/1985 (Sup. Ct. Kings Cnty.) | Paid $6,500.00. |
| Louis Crews v. Croffi, | 12954/1983 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Damaris Reyes, an infant by her mother & natural guardian, Zoraida Rivera v. Police Dept. of NYC,D/L 4/13/1989 | 90-CV-05234 (S.D.N.Y.) | Paid $17,500.00. |
| Deborah Peck v. NYCHA, | 101431/1995 (Sup. Ct. N.Y. Cnty.) | Paid $11,000.00. |

2 of 6

NYCHA0894

| Case Name | Index NO | Result |
|---|---|---|
| Debra Bastidas, Rodrigo Bastidas, Sr., Victoria Pena, Inez Pena, and Robert Bastidas and Rodrigo Bastidas, Jr., infants by their mother and natural guardian Debra Bastidas v. City of New York, | 122929/1995 (Sup Ct. N.Y. Cnty.) | Paid $40,000.00. |
| Denise Valentin v. NYC, | 94-CV-03911 (E.D.N.Y.) | Nothing was located. |
| Benjamin Daniels v. N.Y.C. House., D/L 6/30/1990 | 91-CV-06332 (S.D.N.Y.) | Paid $27,000.00. |
| Dennis R. Carnegie v. Miller D/L 11/16/1985 | 86-CV-08658 (S.D.N.Y.) | Paid $70,000.00. |
| Douglas Tosner and Peggy Tosner v. NYCHA, | 27081/1996 (Sup Ct. N.Y. Cnty.) | Nothing was located. |
| Edward Barnwell v. NYCHA, D/L 1/16/1995 | 96-CV-03498 (S.D.N.Y.) | Paid $45,000.00. |
| Edward E Whitted v. Ortiz, D/L 5/18/1984 | 909/1986 (Sup. Ct. Kings Cnty.) | Paid $10,000.00. |
| Edward Wilson v. Roberson, | 92-CV-02709 (S.D.N.Y.) | Nothing was located. |
| Edwin Burrowes and Andre Burrowe v. City of New York, D/L 6/30/1990 | 21948/1991 (Sup. Ct. Bronx Cnty.) | Paid $2,500.00. |
| Elizabeth Oliveras v. City of New York, | 6110/1989 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Emile Sicard v. NYCHA, D/L 5/8/1991 | 19860/1992 (Sup Ct. N.Y. Cnty.) | Paid $333,873.88. |
| Eric Bradley v. City of New York D/L 4/14/1995 | 96-CV-03108 (E.D.N.Y.) | Paid $5,000.00. |
| Ricky Faulkner v. NYCHA, D/L 9/19/1990 | 24474/1991 (Sup. Ct. Kings Cnty.) | Paid $27,500.00. |
| Florense Slattery v. Buckwalter, D/L 6/27/1991 | 92-CV-03006 (E.D.N.Y.) | No payment was made. |
| Francisco Rivera v. West, | 122471/1993 (Sup. Ct. N.Y. Cnty.) | Paid $3,500.00. |
| George Sargent v. City of New York, D/L 6/1/1994 | 10295/1995 (Sup. Ct. Richmond Cnty.) | No payment was made. |
| Gerard McPhaul v. NYCHA, | 93-CV-0423 (S.D.N.Y.) | Nothing was located. |
| Gilberto Elosequi, Jose Dejesus, and Evelyn Carrasquillo, an infant by her father and natural guardian, Miguel Carrasquillo v. NYCHA, | 5746/1986 (Sup Ct. N.Y. Cnty.) | No payment was made. |
| Glenn Merrick v. City of New York, | 31313/1989 (Sup. Ct. Kings Cnty.) | Paid $12,500.00. |
| Guerino Trovato v. City of New York, D/L 11/24/1992 | 404603/1994 (Sup. Ct. N.Y. Cnty.) | No payment was made. |
| Hassan Khan and Evelyn Khan v. NYCHA, D/L 10/17/1986 | 40006/1988 (Sup Ct. N.Y. Cnty.) | No payment was made. |

NYCHA0895

| Case Name | Index NO | Result |
|---|---|---|
| Hattie McBryde, Charles McBryde, and Charles McBryde III v. City of New York, | 31107/1995 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Hector Figueroa and Ana Manzano v. NYCHA, D/L 10/12/1991 | 43804/1992 (Sup. Ct. N.Y. Cnty.) | Paid $362,332.19. |
| Simeon Henry v. City of New York, | 19985/1983 (Sup. Ct. Kings Cnty.) | Nothing was located. |
| Hilary Heard v NYCHA, D/L 9/11/1991 | 7389/1992 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Ife Thomas, Eileen Boyce v. NYCHA, | 2860/1989 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Isabel Diaz, Agapito Castillo, Jorge Anselmo Vasquez, Mayra Reyes Hambery M/M/G of Rosaura Hambery & Johanna R. Hambery, Isabel Diaz M/N/G of Cruz Danilo Castillo & Milagros Elizabeth Castillo v. NYCHA,  D/L 5/21/1992 | 12663/1992 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Jerial Davis v. NYCHA, D/L 4/19/1993 | 94-CV-03762 (E.D.N.Y.) | Paid $15,000.00. |
| Joes Rodriguez v. NYCHA, | 92-CV-05707 (E.D.N.Y.) | Nothing was located. |
| Jose Marcial, Sr. & Carmen Torres Marcial v. NYCHA, | 43546/1992 (Sup Ct. N.Y. Cnty.) | Paid $75,000.00. |
| Jose Martinez, Caonabo Martinez, Irene Cachola v. NYCHA, D/L 10/21/1992 | 93-CV-07246 (S.D.N.Y.) | No payment was made. |
| Joseph Lewis v. NYCHA, D/L 2/19/1991 | 7556/1992 (Sup. Ct. Bronx Cnty.) | Paid $75,000.00. |
| Kareen Jackson v. NYCHA | 96-CV-00155 (E.D.N.Y.) | Nothing was located. |
| Keith Keita v. NYCHA, et al., D/L 1/28/1994 | 94-CV-05659 (E.D.N.Y.) | Paid $275,000.00. |
| Gloria King v. NYCHA, | 13361/1985 (Sup. Ct. Kings Cnty.) | Nothing was located. |
| Lawrence Gregory v. City of New York, D/L 1/28/1985 | (Sup. Ct. Queens Cnty.) | Paid $5,000.00. |
| Clifton Lawson v. NYCHA, D/L 6/3/1991 | 621/1985  (Sup. Ct. Kings Cnty.) | Paid $8,500.00. |
| Lorenzo Fernandez and Justina Fernandez v. NYCHA, | 96-CV-03499 (S.D.N.Y.) | No payment was made. |

NYCHA0896

| Case Name | Index NO | Result |
|---|---|---|
| Lorenzo Fernandez and Justina Fernandez v. NYCHA, | 101532/1996 (Sup Ct. N.Y. Cnty.) | No payment was made. |
| Luiz Martinez v. NYC, D/L 6/21/1988 | 89-CV-02690 (E.D.N.Y.) | No payment was made. |
| Marquith Green v. NYCHA, D/L 3/23/1995 | 95-CV-03644 (E.D.N.Y.) | No payment was made. |
| Ultrich Martin v. NYCHA, | 269/1976 (Sup. Ct. Queens Cnty.) | Nothing was located. |
| Mary Gamble v. City of New York, | 1164/1992 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Johnny McCauley v. Torres, | 13512/1994 (Sup. Ct. Kings Cnty.) | Paid $7,500.00. |
| Michael McCaw v. NYCHA, | 8979/1989 (Sup. Ct. Kings Cnty.) | Nothing was located. |
| McKay v. City of New York, | 9245/84 (Sup. Ct. Queens Cnty.) | Nothing was located. |
| Raymond Medina v. City of New York, | 18009/1995 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Miguel Santiago, Ada Lasanto, Aracely Estevez, an infant by her mother and natural guardian Ida Ruiz, Demaris Reyses v. City of New York, D/L 4/13/1989 | 90-CV-05233 (S.D.N.Y.) | No payment was made. |
| Darrin Munnerlyn v. City of New York, D/L 10/9/1990 | 29362/1991 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Diane Musto v. NYCHA, | 41322/1983 (Sup. Ct. N.Y. Cnty.) | No payment was made. |
| Nestor Sanchez v. NYCHA, D/L 3/31/1995 | 96-CV-05645 (S.D.N.Y.) | Paid $12,500.00. |
| Patricia Garcia v. NYCHA, | 15705/1990 (Sup. Ct. Queens Cnty.) | Nothing was located. |
| Phyllis Louder v. City of New York, | 403938/1996 (Sup Ct. N.Y. Cnty.) | Paid $17,500.00. |
| Raul Munoz v. Mejia, D/L 2/5/1994 | 102809/1995 (Sup Ct. N.Y. Cnty.) | Paid $20,000.00. |
| Raymond Orfaly and Bennet Orfaly, as Co-Administrators of the the Estate of Douglas Orfaly v. NYCHA, D/L 3/3/1992 | 93-CV-03818 (S.D.N.Y.) | Paid $225,000.00. |
| Richard McCall v. Derenze, | 45539/1989 (Sup Ct. N.Y. Cnty.) | No payment was made. |
| Richard Rice v. NYCHA, | 17974/1986 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Fornetha Rizos v. NYCHA, D/L 3/8/1990 | 1596/1991 (Sup. Ct. N.Y. Cnty.) | Paid $173,500.00. |
| Robert Diaz v. Doe, | 9448/1995 (Sup. Ct. Kings Cnty.) | Paid $50,000.00. |

NYCHA0897

| Case Name | Index NO | Result |
|---|---|---|
| Robert Lee Hook v. City of New York, D/L 10/15/1994 | 95-CV-10299 (S.D.N.Y.) | Paid $5,000.00. |
| Ronald Green v. NYCHA D/L 6/10/94 | 94-CV-05055 (S.D.N.Y.) | Paid $20,000.00. |
| Rosalina Fuentes v. City of New York, D/L 10/7/1991 | 2590/1992 (Sup. Ct. Bronx Cnty.) | Paid $100.00. |
| Rudy Fletcher v. City of New York, D/L 4/15/1994 | 95-CV-02515 (S.D.N.Y.) | Paid $100,000.00. |
| Samantha Timmons v. Taylor, D/L 8/12/1993 | 93-CV-05300 (E.D.N.Y.) | Paid $7,500.00. |
| Samuel Mejeh and Eudora Mejeh v. NYCHA, D/L 2/21/1989 | 3807/1990 (Sup Ct. N.Y. Cnty.) | Paid $70,000.00. |
| Sandra Quiles v. NYCHA, | 109855/1995 (Sup Ct. N.Y. Cnty.) | Nothing was located. |
| Santos Ramos, on his behalf and on behalf of Lori Ramos, and Lisa Taborda v. Falacara, D/L 5/21/1992 | 93-CV-03453 (S.D.N.Y.) | Paid $10,000.00. |
| Stanley Virdree and Wayne Bush v. NYCHA, D/L 3/24/1991 | 94-CV-01752 (E.D.N.Y.) | Paid $30,000.00. |
| Steven Cameron v. NYCHA Police Dept, | 17815/1986 (Sup. Ct. Bronx Cnty.) | Nothing was located. |
| Steven Skolnick v. City of New York, | 4962/1988 (Sup Ct. N.Y. Cnty.) | No payment was made. |
| Steven Spiegal v. City of New York, | 84-CV-02622 (S.D.N.Y.) | Nothing was located. |
| Taimeka Jenkins v. NYCHA, D/L 9/11/1991 | 7388/1992 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Thaddeus Wisniewski v. NYCHA, | 91-CV-04299 (S.D.N.Y.) | Paid $7,500.00. |
| Theo Fulton v. NYC Housing Police Dept, | 40216/1989 (Sup Ct. N.Y. Cnty.) | Nothing was located. |
| William Owens v. City of New York, D/L 6/6/1988 | 92-CV-05056 (E.D.N.Y.) | No payment was made. |
| Yvette Wilder v. City of New York, | 1392/1991 (Sup. Ct. Bronx Cnty.) | No payment was made. |
|  |  |  |

6 of 6

NYCHA0898

# Exhibit 2
Privilege Log

# Exhibit 2
Privilege Log

## NYCHA PRIVILEGE LOG

| ITEM NO | BATES STAMP | DOCUMENT TYPE | DATE | AUTHOR | RECIPIENTS | SUBJECT MATTER | PRIVILEGE ASSEERTED |
|---|---|---|---|---|---|---|---|
| 1 | NYCHA0899 | Case Disposition Sheet | 6/12/2001 | Hermone Ellenport | Unknown | Disposition and settlement information of the matter | Attorney-Client Privilege |
| 2 | NYCHA0900 | Case Settlement | 12/20/2001 | Laura Devle | Billing Unit | Change the status of the matter to settle | Attorney-Client Privilege |
| 3 | NYCHA0901 | NYCHA Tort Closing Report | 9/1/2005 | Unknown | Unknown | Disposition and settlement information of the matter | Attorney-Client Privilege |
| 4 | NYCHA0902 | Payment Information | Unknown | Unknown | Unknown | Who settlement checks are to made out to. | Attorney-Client Privilege |
| | | | | | | | |