# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ESTATE OF JAYTHAN KENDRICK,

                               Plaintiff,

      -against-

THE NEW YORK CITY HOUSING AUTHORITY,

                               Defendant.
---------------------------------------------------------------X

Docket No.: 23-CV-358 (NGG)(TAM)

**AFFIDAVIT**

STATE OF NEW YORK    }
                        }ss.:
COUNTY OF NEW YORK  }

I, Arlene Orenstein, being over the age of eighteen years old, duly sworn, deposes and says under the penalties of perjury under the laws of New York, pursuant to CPLR §2106, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

1.      I am the Director for Risk Management for the New York City Housing Authority ("NYCHA"). I have been employed in that position for over 10 years.

2.      I was asked to conduct a search for and determine whether there were any information and/or records as to settlement information for approximately 120 old litigation files that were closed, which were responsive to Plaintiff's Second Set of Interrogatories and Document Requests dated November 26, 2025. I make this affidavit based upon my personal knowledge

1

and the files and records searched at New York City Housing Authority and those records I believe to be true and accurate.

3.    Settlement information of the type sought by Plaintiff, if it exists, was found on a computer system called Legal Stratus. Legal Stratus is a computer system used by NYCHA Law Department that stored payments including payments to litigants.

4.    To search Legal Stratus, the information needed was the first and last name of the plaintiff and/or the LID# (NYCHA's in-house file numbers for litigation actions).  No other information is used to locate information on Legal Stratus.

5.    To search for settlement information for the old litigation files that were part of Plaintiff's demand, a member of the Tort Division's staff, Rajendra Sewkumar, searched Legal Stratus using the first name and last name of plaintiffs and, where able, he also used the LID#.

6.    I also searched an actuarial report to search older files. The actuarial report contained claims data from NYCHA's legal claim risk system.  To search that report, I used the first name and last name, no other information was needed.

7.    If information was found, then the information found was that payments were made to plaintiffs and their counsel.   Based upon information and belief, we believe the payments were settlement payments based on the fact that the payments were made to plaintiffs and plaintiffs' counsels.

8.    The results of the search are provided in the attached excel spreadsheet, attached hereto as Exhibit 1.

Name: Arlene Orenstein
Title: Director for Risk Management for the
New York City Housing Authority

Sworn to before me this the
28 day of MAY , 2026

Notary Public

MARIO CALANDRUCCIO
COMMISSIONER of DEEDS
City of New York 3-6639
Certificate Filed in New York County
Commission Expires Jan 1, 20 27

3

# Exhibit 1
Settlement Information

# Exhibit 1
Settlement Information

| Case Name | Index NO | Result |
|---|---|---|
| Jabbar Dasher v. NYPD | 94-CV-03847 (E.D.N.Y.) | Paid $9,500.00. |
| Diane Hill v. City of New York | 92-CV-09131 (S.D.N.Y.) | No payment was made. |
| Tameeka Bembrey v. Ayala, | 19817/1991 (Sup. Ct. Queens Cnty.) | Paid $7,500.00. |
| Gerardo Justiniano v. NYCHA, | 008614/1991 (Sup. Ct. N.Y. Cnty.) | Paid $250,000.00. |
| Peter Barnes v. NYCHA, | 13763/1991 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Paul Hadzi v. City of New York, | 37313/1992 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Jarrett Taylor v. City of New York, | 44384/1993 (Sup. Ct. Kings Cnty.) | Paid $19,500.00. |
| Edward Maher v. NYCHA, | 29283/1992 (Sup. Ct. Queens Cnty.) | Paid $15,000.00. |
| George Adams v. City of New York, | 26545/1992 (Sup. Ct. Kings Cnty.) | Paid $37,500.00. |
| Darren Johnson v. NYCHA, | 44963/1993 (Sup. Ct. Kings Cnty.) | Paid $80,000.00. |
| Carmen Gines v. City of New York, | 37347/1994 (Sup. Ct. Kings Cnty.) | Paid $18,500.00. |
| Benson Taylor v. City of New York, | 27975/1992 (Sup. Ct. N.Y. Cnty.) | Paid $60,000.00. |
| Henry Williams (or Henry Williams-Sajata) v. City of New York, | 42425/1994 (Sup. Ct. Kings Cnty.) | Paid $3,000.00 |
| Jeffrey Bethea v. City of New York, | 21460/1995 (Sup. Ct. Kings Cnty.) | Paid $15,000.00. |
| Walbetro Saavedra v. NYCHA, | 41436/1995 (Sup. Ct. Kings Cnty.) | Paid $9,000.00. |
| Carl Gonzalez v. NYCHA, | 23017/1995 (Sup. Ct. Kings Cnty.) | Paid $40,000.00. |
| Elizabeth Lopez v. NYCHA, | 20238/1995 (Sup. Ct. Kings Cnty.) | Paid $25,000.00. |
| Jose Acevedo v. City of New York, | 14635/1995 (Sup. Ct. Queens Cnty.) | Paid $13,500.00 |
| Eliezer Cruz v. NYCHA, | 13436/1996 (Sup. Ct. Bronx Cnty.) | Paid $7,500.00. |
| Darlene Hoyt v. City of New York, | 41573/1995 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Norman Steeps v. NYCHA, | 128328/1994 (Sup Ct. N.Y. Cnty.) | Paid $16,850.00. |
| Frank J. Kiarie v. City of New York, | 2106/1990 (Sup. Ct. Bronx Cnty.) | Paid $50,000.00. |
| Chanel Armstrong, a minor, by her mother and natural guardian, Carol Armstrong v. City of New York, | 97-CV-04810 (S.D.N.Y.) | No payment was made. |
| Gilanei Clement, by her mother and natural guardian Stephanie Marion, Stephanie Marion individually, and Nguessan Alla v. Doe, | 118804/1994 (Sup Ct. N.Y. Cnty.) | Paid $27,500.00. |
| Jose Kotright and Maria Kotright v. NYCHA, D/L 3/10/1992 | 109909/1993 (Sup Ct. N.Y. Cnty.) | Paid $12,500.00. |
| Kim White, William White, Dorothy Knowling, Dawn Knowling, and Alphonso Knowling v. City of New York, D/L 11-25-1993 | 7336/1995 (Sup. Ct. Bronx Cnty.) | Paid $200,000.00. |

NYCHA0893

| Case Name | Index NO | Result |
|---|---|---|
| Octavios Fisher and Alonzo Lewis v. Mejia, D/L 2/16/1993 | 94-CV-07233 (S.D.N.Y.) | Paid $100,000.00. |
| Willie Dowling v. City of New York, | 7120/1995 (Sup. Ct. Kings Cnty.) | Paid $50,000.00. |
| Alex Silvagnoli v. State Supreme Court, | 95-CV-03324 (S.D.N.Y.) | Paid $5,500.00. |
| Allen Clark v. N.Y.C. Housing, D/L 5/16/1993 | 93-CV-03932 (S.D.N.Y.) | Paid $35,000.00. |
| Ana Rosado v. NYCHA, | 87-CV-09261 (S.D.N.Y.) | Nothing was located. |
| Anibal Morales v.  Irizarry, D/L 6/15/1994 | 95-CV-05068 (S.D.N.Y.) | Paid $50,000.00. |
| Anita Pinilla v. Rodriguez, | 93-CV-03092 (S.D.N.Y.) | No payment was made. |
| Anthony A. Haynes v. Doe D/L 9/24/1987 | 2611/1989 (Sup. Ct. Kings Cnty.) | Paid $27,750.00. |
| Anthony Williams v. NYCHA D/L 9/26/1994 | 95-CV-04356 (E.D.N.Y.) | Paid $20,000.00. |
| Balu Hassan v. NYCHA, | 8322/1994 (Sup. Ct. Bronx Cnty.) | Paid $2,500.00. |
| Richard Bolds v. City of New York, D/L 10/10/1988 | 27957/1989 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Harlan Bryant v. City of New York, D/L 3/3/1989 | 003034/1990 (Sup. Ct., Queens Cty.) | No payment was made. |
| Candida Sanchez, individually and as guardian ad litem of Edwin Hernandez v. City of New York, D/L 4/11/1995 | 96-CV-02838 (S.D.N.Y.) | No payment was made. |
| Carol Mallett, on her own behalf and on behalf of her minor daughter Tanisha Palmer and on behalf of her minor grandchildren Kevin Kong and Bianca Barnes v. City of New York, | 97-CV-00009 (E.D.N.Y.) | Nothing was located. |
| Carolyn Stevenson v. NYCHA D/L 1/31/1991 | 93-CV-03036 (E.D.N.Y.) | Paid $40,000.00. |
| Clifton  Solomon v. NYC Police Dept. | 96-CV-02419 (E.D.N.Y.) | Paid $10,000.00. |
| Nathaniel Cooper v. NYCHA, D/L 1/24/1985 | 26883/1985 (Sup. Ct. Kings Cnty.) | Paid $6,500.00. |
| Louis Crews v. Croffi, | 12954/1983 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Damaris Reyes, an infant by her mother & natural guardian, Zoraida Rivera v. Police Dept. of NYC,D/L 4/13/1989 | 90-CV-05234 (S.D.N.Y.) | Paid $17,500.00. |
| Deborah Peck v. NYCHA, | 101431/1995 (Sup. Ct. N.Y. Cnty.) | Paid $11,000.00. |

NYCHA0894

| Case Name | Index NO | Result |
|---|---|---|
| Debra Bastidas, Rodrigo Bastidas, Sr., Victoria Pena, Inez Pena, and Robert Bastidas and Rodrigo Bastidas, Jr., infants by their mother and natural guardian Debra Bastidas v. City of New York, | 122929/1995 (Sup Ct. N.Y. Cnty.) | Paid $40,000.00. |
| Denise Valentin v. NYC, | 94-CV-03911 (E.D.N.Y.) | Nothing was located. |
| Benjamin Daniels v. N.Y.C. House., D/L 6/30/1990 | 91-CV-06332 (S.D.N.Y.) | Paid $27,000.00. |
| Dennis R. Carnegie v. Miller D/L 11/16/1985 | 86-CV-08658 (S.D.N.Y.) | Paid $70,000.00. |
| Douglas Tosner and Peggy Tosner v. NYCHA, | 27081/1996 (Sup Ct. N.Y. Cnty.) | Nothing was located. |
| Edward Barnwell v. NYCHA, D/L 1/16/1995 | 96-CV-03498 (S.D.N.Y.) | Paid $45,000.00. |
| Edward E Whitted v. Ortiz, D/L 5/18/1984 | 909/1986 (Sup. Ct. Kings Cnty.) | Paid $10,000.00. |
| Edward Wilson v. Roberson, | 92-CV-02709 (S.D.N.Y.) | Nothing was located. |
| Edwin Burrowes and Andre Burrowe v. City of New York, D/L 6/30/1990 | 21948/1991 (Sup. Ct. Bronx Cnty.) | Paid $2,500.00. |
| Elizabeth Oliveras v. City of New York, | 6110/1989 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Emile Sicard v. NYCHA, D/L 5/8/1991 | 19860/1992 (Sup Ct. N.Y. Cnty.) | Paid $333,873.88. |
| Eric Bradley v. City of New York D/L 4/14/1995 | 96-CV-03108 (E.D.N.Y.) | Paid $5,000.00. |
| Ricky Faulkner v. NYCHA, D/L 9/19/1990 | 24474/1991 (Sup. Ct. Kings Cnty.) | Paid $27,500.00. |
| Florense Slattery v. Buckwalter, D/L 6/27/1991 | 92-CV-03006 (E.D.N.Y.) | No payment was made. |
| Francisco Rivera v. West, | 122471/1993 (Sup. Ct. N.Y. Cnty.) | Paid $3,500.00. |
| George Sargent v. City of New York, D/L 6/1/1994 | 10295/1995 (Sup. Ct. Richmond Cnty.) | No payment was made. |
| Gerard McPhaul v. NYCHA, | 93-CV-0423 (S.D.N.Y.) | Nothing was located. |
| Gilberto Elosequi, Jose Dejesus, and Evelyn Carrasquillo, an infant by her father and natural guardian, Miguel Carrasquillo v. NYCHA, | 5746/1986 (Sup Ct. N.Y. Cnty.) | No payment was made. |
| Glenn Merrick v. City of New York, | 31313/1989 (Sup. Ct. Kings Cnty.) | Paid $12,500.00. |
| Guerino Trovato v. City of New York, D/L 11/24/1992 | 404603/1994 (Sup. Ct. N.Y. Cnty.) | No payment was made. |
| Hassan Khan and Evelyn Khan v. NYCHA, D/L 10/17/1986 | 40006/1988 (Sup Ct. N.Y. Cnty.) | No payment was made. |

NYCHA0895

| Case Name | Index NO | Result |
|---|---|---|
| Hattie McBryde, Charles McBryde, and Charles McBryde III v. City of New York, | 31107/1995 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Hector Figueroa and Ana Manzano v. NYCHA, D/L 10/12/1991 | 43804/1992 (Sup. Ct. N.Y. Cnty.) | Paid $362,332.19. |
| Simeon Henry v. City of New York, | 19985/1983 (Sup. Ct. Kings Cnty.) | Nothing was located. |
| Hilary Heard v NYCHA, D/L 9/11/1991 | 7389/1992 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Ife Thomas, Eileen Boyce v. NYCHA, | 2860/1989 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Isabel Diaz, Agapito Castillo, Jorge Anselmo Vasquez, Mayra Reyes Hambery M/M/G of Rosaura Hambery & Johanna R. Hambery, Isabel Diaz M/N/G of Cruz Danilo Castillo & Milagros Elizabeth Castillo v. NYCHA,  D/L 5/21/1992 | 12663/1992 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Jerial Davis v. NYCHA, D/L 4/19/1993 | 94-CV-03762 (E.D.N.Y.) | Paid $15,000.00. |
| Joes Rodriguez v. NYCHA, | 92-CV-05707 (E.D.N.Y.) | Nothing was located. |
| Jose Marcial, Sr. & Carmen Torres Marcial v. NYCHA, | 43546/1992 (Sup Ct. N.Y. Cnty.) | Paid $75,000.00. |
| Jose Martinez, Caonabo Martinez, Irene Cachola v. NYCHA, D/L 10/21/1992 | 93-CV-07246 (S.D.N.Y.) | No payment was made. |
| Joseph Lewis v. NYCHA, D/L 2/19/1991 | 7556/1992 (Sup. Ct. Bronx Cnty.) | Paid $75,000.00. |
| Kareen Jackson v. NYCHA | 96-CV-00155 (E.D.N.Y.) | Nothing was located. |
| Keith Keita v. NYCHA, et al., D/L 1/28/1994 | 94-CV-05659 (E.D.N.Y.) | Paid $275,000.00. |
| Gloria King v. NYCHA, | 13361/1985 (Sup. Ct. Kings Cnty.) | Nothing was located. |
| Lawrence Gregory v. City of New York, D/L 1/28/1985 | (Sup. Ct. Queens Cnty.) | Paid $5,000.00. |
| Clifton Lawson v. NYCHA, D/L 6/3/1991 | 621/1985  (Sup. Ct. Kings Cnty.) | Paid $8,500.00. |
| Lorenzo Fernandez and Justina Fernandez v. NYCHA, | 96-CV-03499 (S.D.N.Y.) | No payment was made. |

4 of 6

NYCHA0896

| Case Name | Index NO | Result |
|---|---|---|
| Lorenzo Fernandez and Justina Fernandez v. NYCHA, | 101532/1996 (Sup Ct. N.Y. Cnty.) | No payment was made. |
| Luiz Martinez v. NYC, D/L 6/21/1988 | 89-CV-02690 (E.D.N.Y.) | No payment was made. |
| Marquith Green v. NYCHA, D/L 3/23/1995 | 95-CV-03644 (E.D.N.Y.) | No payment was made. |
| Ultrich Martin v. NYCHA, | 269/1976 (Sup. Ct. Queens Cnty.) | Nothing was located. |
| Mary Gamble v. City of New York, | 1164/1992 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Johnny McCauley v. Torres, | 13512/1994 (Sup. Ct. Kings Cnty.) | Paid $7,500.00. |
| Michael McCaw v. NYCHA, | 8979/1989 (Sup. Ct. Kings Cnty.) | Nothing was located. |
| McKay v. City of New York, | 9245/84 (Sup. Ct. Queens Cnty.) | Nothing was located. |
| Raymond Medina v. City of New York, | 18009/1995 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Miguel Santiago, Ada Lasanto, Aracely Estevez, an infant by her mother and natural guardian Ida Ruiz, Demaris Reyses v. City of New York, D/L 4/13/1989 | 90-CV-05233 (S.D.N.Y.) | No payment was made. |
| Darrin Munnerlyn v. City of New York, D/L 10/9/1990 | 29362/1991 (Sup. Ct. Kings Cnty.) | No payment was made. |
| Diane Musto v. NYCHA, | 41322/1983 (Sup. Ct. N.Y. Cnty.) | No payment was made. |
| Nestor Sanchez v. NYCHA, D/L 3/31/1995 | 96-CV-05645 (S.D.N.Y.) | Paid $12,500.00. |
| Patricia Garcia v. NYCHA, | 15705/1990 (Sup. Ct. Queens Cnty.) | Nothing was located. |
| Phyllis Louder v. City of New York, | 403938/1996 (Sup Ct. N.Y. Cnty.) | Paid $17,500.00. |
| Raul Munoz v. Mejia, D/L 2/5/1994 | 102809/1995 (Sup Ct. N.Y. Cnty.) | Paid $20,000.00. |
| Raymond Orfaly and Bennet Orfaly, as Co-Administrators of the the Estate of Douglas Orfaly v. NYCHA, D/L 3/3/1992 | 93-CV-03818 (S.D.N.Y.) | Paid $225,000.00. |
| Richard McCall v. Derenze, | 45539/1989 (Sup Ct. N.Y. Cnty.) | No payment was made. |
| Richard Rice v. NYCHA, | 17974/1986  (Sup. Ct. Kings Cnty.) | No payment was made. |
| Fornetha Rizos v. NYCHA, D/L 3/8/1990 | 1596/1991 (Sup. Ct. N.Y. Cnty.) | Paid $173,500.00. |
| Robert Diaz v. Doe, | 9448/1995 (Sup. Ct. Kings Cnty.) | Paid $50,000.00. |

NYCHA0897

| Case Name | Index NO | Result |
|---|---|---|
| Robert Lee Hook v. City of New York,D/L 10/15/1994 | 95-CV-10299 (S.D.N.Y.) | Paid $5,000.00. |
| Ronald Green v. NYCHA D/L 6/10/94 | 94-CV-05055 (S.D.N.Y.) | Paid $20,000.00. |
| Rosalina Fuentes v. City of New York, D/L 10/7/1991 | 2590/1992 (Sup. Ct. Bronx Cnty.) | Paid $100.00. |
| Rudy Fletcher v. City of New York, D/L 4/15/1994 | 95-CV-02515 (S.D.N.Y.) | Paid $100,000.00. |
| Samantha Timmons v. Taylor, D/L 8/12/1993 | 93-CV-05300 (E.D.N.Y.) | Paid $7,500.00. |
| Samuel Mejeh and Eudora Mejeh v. NYCHA, D/L 2/21/1989 | 3807/1990 (Sup Ct. N.Y. Cnty.) | Paid $70,000.00. |
| Sandra Quiles v. NYCHA, | 109855/1995 (Sup Ct. N.Y. Cnty.) | Nothing was located. |
| Santos Ramos, on his behalf and on behalf of Lori Ramos, and Lisa Taborda v. Falacara, D/L 5/21/1992 | 93-CV-03453 (S.D.N.Y.) | Paid $10,000.00. |
| Stanley Virdree and Wayne Bush v. NYCHA, D/L 3/24/1991 | 94-CV-01752 (E.D.N.Y.) | Paid $30,000.00. |
| Steven Cameron v. NYCHA Police Dept, | 17815/1986 (Sup. Ct. Bronx Cnty.) | Nothing was located. |
| Steven Skolnick v. City of New York, | 4962/1988 (Sup Ct. N.Y. Cnty.) | No payment was made. |
| Steven Spiegal v. City of New York, | 84-CV-02622 (S.D.N.Y.) | Nothing was located. |
| Taimeka Jenkins v. NYCHA, D/L 9/11/1991 | 7388/1992 (Sup. Ct. Bronx Cnty.) | No payment was made. |
| Thaddeus Wisniewski v. NYCHA, | 91-CV-04299 (S.D.N.Y.) | Paid $7,500.00. |
| Theo Fulton v. NYC Housing Police Dept, | 40216/1989 (Sup Ct. N.Y. Cnty.) | Nothing was located. |
| William Owens v. City of New York, D/L 6/6/1988 | 92-CV-05056 (E.D.N.Y.) | No payment was made. |
| Yvette Wilder v. City of New York, | 1392/1991 (Sup. Ct. Bronx Cnty.) | No payment was made. |
|  |  |  |

NYCHA0898