# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER

152 WEST 57TH STREET

EIGHTH FLOOR

NEW YORK, NEW YORK 10019

———

TELEPHONE: (212) 752-7600

FACSIMILE: (212) 980-2968

E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

———

DAVID E. RUDIN
SAM THYPIN-BERMEO
SAM KUHN
PARTHA SHARMA

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

July 6, 2026

**By ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Estate of Jaythan Kendrick v. New York City Housing Authority,*
               No. 23-cv-358 (NGG) (TAM)

Dear Judge Merkl:

Our firm represents Plaintiff Estate of Jaythan Kendrick in the above-referenced § 1983 action.  In accordance with the Court's order of June 22, 2026, I write jointly with counsel for Defendant NYCHA to inform the Court that the parties met and conferred on June 26, 2026, and were unable to reach an agreement as to the portions of Clarence Hughes' deposition transcript Plaintiff seeks to mark as confidential.  Further, the parties are unable to reach an agreement about the confidentiality of portions of the deposition transcript of Plaintiff's psychological damages expert, Dr. Sanford Drob, concerning the same subject matters.  The parties propose briefing the confidentiality of the relevant portions of both depositions together for the sake of efficiency.  The parties will submit a highlighted copy of Dr. Drob's deposition transcript to the Court via chambers email for the Court's *in camera* review prior to the filing of Plaintiff's opening letter-brief.

The parties propose the following agreed-upon briefing schedule:

- July 22, 2026: Plaintiff's opening letter-brief
- August 5, 2026: Defendant's response letter-brief
- August 12, 2026: Plaintiff's reply letter-brief

The parties will file their respective letter-briefs under seal.  This issue and the deposition of Defendant's expert, scheduled for July 16, 2026, are the only remaining discovery items.

We thank the Court for its consideration.

LAW OFFICES OF JOEL B. RUDIN, P.C.

Honorable Taryn A. Merkl
July 6, 2026
Page 2

Respectfully submitted,

/s/

David E. Rudin

cc:      All counsel of record (via ECF)