# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER

152 WEST 57TH STREET

EIGHTH FLOOR

NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

DAVID E. RUDIN
SAM THYPIN-BERMEO
SAM KUHN
PARTHA SHARMA

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

July 21, 2026

**By ECF**
Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Estate of Jaythan Kendrick v. New York City Housing Authority*,
>        No. 23-cv-358 (NGG) (TAM)

Dear Judge Merkl:

Our firm represents Plaintiff Estate of Jaythan Kendrick in the above-referenced § 1983 action.  Plaintiff hereby withdraws its request to designate as confidential certain deposition testimony concerning sensitive aspects of Mr. Kendrick's damages.  As Mr. Kendrick's damages are not at issue in Defendant's forthcoming summary judgment motion—and any decision on sealing will only be of practical consequence at the time of an eventual trial—Plaintiff believes it is in the interest of judicial economy to avoid litigation of confidentiality designations and sealing.

Respectfully submitted,

/s/

David E. Rudin

cc:   All counsel of record (by ECF)