# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER

152 WEST 57TH STREET

EIGHTH FLOOR

NEW YORK, NEW YORK 10019

———

TELEPHONE: (212) 752-7600

FACSIMILE: (212) 980-2968

E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

———

DAVID E. RUDIN
SAM THYPIN-BERMEO
SAM KUHN
PARTHA SHARMA

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

July 27, 2026

**By ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Estate of Jaythan Kendrick v. New York City Housing Authority,*
> No. 23-cv-358 (NGG) (TAM)

Dear Judge Merkl:

Our firm represents Plaintiff Estate of Jaythan Kendrick in the above-referenced § 1983 action.  Pursuant to the Court's order of June 11, 2026, I write jointly with counsel for Defendant NYCHA to certify the completion of all discovery.

Judge Gaurafis's second Order of February 10, 2026, directed the parties to submit a request to him for a pre-motion conference on any dispositive motions.  By August 3, 2026, Defendant will file a request for a pre-motion conference with Judge Garaufis.

Your Honor's Order of June 11, 2026, directed the parties to propose a briefing schedule on any dispositive motions.  As we do not yet know what Judge Garaufis will decide when he considers the parties' pre-motion conference letters, or the timing of the pre-motion conference, we propose the below briefing schedule to begin following the pre-motion conference:

- Defendant's dispositive motions will be due 60 days following the pre-motion conference;
- Plaintiff's opposition will be due 60 days after receipt of Defendant's motions;
- Defendant's reply, if any, will be due 30 days after receipt of Plaintiff's opposition.

Respectfully submitted,

/s/

David E. Rudin

LAW OFFICES OF JOEL B. RUDIN, P.C.

Honorable Taryn A. Merkl
July 27, 2026
Page 2


cc:    All counsel of record (via ECF)